IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

DOUGLAS C. MORRIS,

        Plaintiff,

v.                              CIVIL ACTION NO. 2:05-0001

STEVEN D. CANTERBURY, in his Official
Capacity as the Director of the West Virginia Regional
Jail & Correctional Facility Authority an Agency of the
State of West Virginia, and EDWARD T. WENSELL,
in both his Official Capacity and in the Personal Capacity,
and JOHN DOES I-V, in their Personal Capacities,

        Defendants.

### ORDER AMENDING MEMORANDUM OPINION AND ORDER

On May 2, 2005, this Court entered an Order granting the plaintiff's motion for reconsideration and directing that this matter be remanded. Inasmuch as the Order misidentified the Circuit Court in some references, the final paragraph is amended and should read as follows:

> Accordingly, the Court **GRANTS** the plaintiff's motion for reconsideration and hereby **REMANDS** this action to the Circuit Court of Kanawha County, West Virginia. The Court further **ORDERS** that the case be **STRICKEN** from the docket of this Court. The Court **DIRECTS** the Clerk to send a certified copy of this Remand Order to counsel of record, any unrepresented parties, and the Circuit Court of Kanawha County, West Virginia.

The Court **DIRECTS** the Clerk to send a copy of this amended order to counsel of record and any unrepresented parties.

                                          ENTER:    May 4, 2005

                                          ROBERT C. CHAMBERS
                                          UNITED STATES DISTRICT JUDGE